August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES  R. SOYARS, Appellant

NO. 14-15-00461-CV                                    V.

ROTHCHILD FAMILY PARTNERSHIP #2, LTD., Appellee
_____

      This cause, an appeal from the judgment in favor of appellee, Rothchild Family Partnership #2, Ltd., signed April 27, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, James  R. Soyars to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.